UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

JACOB R. PRATT,

           Plaintiff,

    v.

JAMES COX, *et al.*,

           Defendant.

3:11-CV-00604-RCJ-WGC

O R D E R

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #31) entered on December 19, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendants' Motion for Summary Judgment (ECF #19) and denying Plaintiff's Cross-Motion for Summary Judgment (ECF #26).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #31).

        IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #19) is GRANTED.

        IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (ECF #26) is DENIED.  The Clerk of the Court shall enter judgment accordingly.

        IT IS SO ORDERED this 25TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE