UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

JACOB R. PRATT,

Plaintiff,

v.

JAMES COX, *et al.*,

Defendants.

CASE NO.: 3:11-CV-00604-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #39) entered on February 6, 2014, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion to Alter or Amend the Judgment (#35). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #39).

IT IS HEREBY ORDERED that Plaintiff's Motion to Alter or Amend the Judgment (#35) is DENIED.

IT IS SO ORDERED this 20TH day of March, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE